IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 100.8.116.23

**ISP:** Verizon Internet Services
**Physical Location:** Summit, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/12/2016 08:47:56 | DDBAB366A23DE818C1DCD4F00C4BC42DFA6A49A0 | Wet Perfection |
| 10/03/2016 17:19:54 | 7F7BD0A6F6E60C864A8532D71C393CF6AEA78270 | Kiss From A Rose |
| 10/03/2016 17:19:18 | CDCFAF4C5C41DFFA02C2DFC995F021407032CFE1 | Luscious Lena |
| 09/15/2016 13:17:45 | CF9224105265DAA2FE09AC648F316D9B9B84B93C | Sex In The Summertime |
| 09/07/2016 00:47:14 | F00C1A90CF04A82227AA32407BCC6D9E0D0D40CC | Superhot Sexting |
| 09/06/2016 23:44:20 | 06F25AFFA145B9E0AA5AEF64EB9200F9A5BD8D4E | Pussy Cat Burglar |
| 08/30/2016 01:05:18 | 1F5991B4E03EF688E6C766F44457AB18CCF96522 | Time to Ride |
| 08/30/2016 01:03:24 | 016699010C6AA5E9A1AE6F0C670B2484104C2B26 | Girl Crush |
| 08/20/2016 16:01:49 | 1E10476D82581FA264DD3D5EC9771D2F49F9A677 | Love Her Madly |
| 07/18/2016 01:41:28 | ADFC811745F594226B1B17C3EA09C02836965574 | Triple Blonde Fantasy |
| 07/06/2016 19:12:44 | 5DB6A6C9FE6F78AE58708BB4D96EAA52E1472B86 | The Ranch Hand |
| 06/22/2016 08:37:49 | 6E9A617A476F7E0281E96F89746691A3505D830C | Chloe In Couture |
| 06/21/2016 23:32:27 | 54DF23F66D1220260910D0C81A92AD6595462BFB | Pink Kitty |
| 05/06/2016 18:43:24 | 479546D3D9B48F3C75A25CFF9B3E1CF4AABCE59F | Rub Me The Right Way Too |
| 05/03/2016 02:37:01 | 25E6CE0F9DCE6D0CA7DB1F688DC6A6F41A03BE9F | Perfectly Taylored |
| 05/03/2016 02:36:15 | 91159D011C00DF4690D90B32DF33A48A26958CBF | Fine Fingerfucking |
| 05/03/2016 02:35:24 | 52E59CA006DFC91CFBC3C7F1DD30E30E34903998 | Kristin and Nine Unleashed |

**Total Statutory Claims Against Defendant: 17**

EXHIBIT A

CNJ604